JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI BYRUM,<br><br>        Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; APOLLO EDUCATION GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>        Defendants. | CASE NO: 2:18-cv-04255-FMO-SS<br><br>**ORDER RE STIPULATION [24] TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

Each party shall bear its and his own fees and costs.

DATED: January 23, 2019

                                              /s/
                                      Hon. Fernando M. Olguin
                                      UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525